IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 06-20253(MBM) |
| | : | |
| BROWNSVILLE GENERAL HOSPITAL, INC., | : | |
| | : | CHAPTER 11 |
| | : | |
| Debtor. | : | DOCUMENT NO.: |
| | : | |
| | : | DATE & TIME OF HEARING |
| | : | |
| | : | JUDGE McCULLOUGH |

**SUMMARY OF DEBTOR'S SECOND AMENDED PLAN OF
ORDERLY LIQUIDATION DATED DECEMBER 27, 2006**

Brownsville General Hospital, Inc. (the "Debtor"), by and through its undersigned counsel, hereby files this Summary of Debtor's Second Amended Plan of Orderly Liquidation Dated December 27, 2006, of which the following is a statement:

Class 1:   The Class 1 Priority Claims shall be paid in cash, to the extent funds are available, from the sale of the operating assets of the Debtor to Great American Group or from funds received from the collection of Accounts Receivable, tax refunds, the recovery of preferential transfer actions and the recovery of fraudulent conveyance actions.

Class 2:   The Class 2 Secured Creditors shall be paid in cash, in full from the sale of the Debtor's Real Estate.

Class 3:   To the extent funds are available after payment of the Class 1 Priority Claims and the Class 2 Secured Creditors, the Class 3 General Unsecured Claims shall receive a *pro rata* distribution from the sale of the operating assets of the Debtor, from funds received from the collection of Accounts Receivable, tax refunds, the recovery of preferential transfer actions and the recovery of fraudulent conveyance actions.

Class 4:   The Class 4 Equity Capital & Claims shall receive no distribution nor retain any property under the Plan.

Dated: December 27, 2006

          Respectfully submitted,

          QUINN, BUSECK, LEEMHUIS, TOOHEY &
          KROTO, INC.

          By */s/ Lawrence C. Bolla*
              Lawrence C. Bolla, Esquire
              Pa. Id. No. 19679
              2222 West Grandview Boulevard
              Erie, PA   16506-4509
              (814) 833-2222
              Attorneys for Debtor,
              Brownsville General Hospital, Inc.

Document #326029, v1